# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNIVERSAL PROPERTY & CASUALTY
INSURANCE COMPANY, a/s/o David
Daniel, Patricia Daniel and Daniel
Revocable Living Trust, et al.,

    Plaintiffs,

v.                                    Case No.   3:19-cv-957-J-34JRK

ALAN M. NAHMIAS,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation for Final Order of Dismissal With Prejudice (Dkt. No. 7; Stipulation) filed on September 19, 2019.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of September, 2019.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record